UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLY FINANCIAL, INC.,

    Plaintiff,                        Case No. 11-14697
                                       HON. GEORGE CARAM STEEH

vs.

JEFFREY DOWD,

    Defendant.

_____/

ORDER GRANTING DEFENDANT'S MOTION TO ACCELERATE HEARING ON
MOTION TO DISMISS AND FOR SUMMARY JUDGMENT [#15]

The parties appeared by telephone on this date concerning defendant's motion to accelerate hearing on motion to dismiss and for summary judgment,

Accordingly,

Defendant's motion to accelerate hearing on motion to dismiss and for summary judgment is GRANTED.

Plaintiff shall take defendant's deposition no later than December 6, 2011.

The parties shall appear for a telephone status conference on December 7, 2011 at 1:30 p.m. The parties shall initiate the telephone call.

Plaintiff shall file a responsive brief to defendant's motion to dismiss and for summary judgment no later than December 9, 2011.

The parties shall appear for oral argument on defendant's motion to dismiss and for


summary judgment on December 12, 2011 at 10:30 a.m.

    SO ORDERED.

Dated:  November 29, 2011

                                 S/George Caram Steeh
                                 GEORGE CARAM STEEH
                                 UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 29, 2011 by electronic mail.

S/Josephine Chaffee
Deputy Clerk