UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ALLY FINANCIAL, INC.,

        Plaintiff,                         Case No. 11-14697
                                         HON. GEORGE CARAM STEEH

vs.


JEFFREY DOWD,

        Defendant.

_____/


ORDER GRANTING DEFENDANT'S MOTION TO ACCELERATE HEARING ON
MOTION TO DISMISS AND FOR SUMMARY JUDGMENT [#15]

The parties appeared by telephone on this date concerning defendant's motion to

accelerate hearing on motion to dismiss and for summary judgment,

Accordingly,

Defendant's motion to accelerate hearing on motion to dismiss and for summary

judgment is GRANTED.

Plaintiff shall take defendant's deposition no later than December 6, 2011.

The parties shall appear for a telephone status conference on December 7, 2011

at 1:30 p.m.   The parties shall initiate the telephone call.

Plaintiff shall file a responsive brief to defendant's motion to dismiss and for

summary judgment no later than December 9, 2011.

The parties shall appear for oral argument on defendant's motion to dismiss and for

summary judgment <u>on December 12, 2011 at 10:30 a.m.</u>

SO ORDERED.

Dated:  November 29, 2011

<u>S/George Caram Steeh</u>
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 29, 2011 by electronic mail.

<u>S/Josephine Chaffee</u>
Deputy Clerk