UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLY FINANCIAL, INC.,

      Plaintiff,                        Case No. 11-14697
                                          HON. GEORGE CARAM STEEH

vs.

JEFFREY DOWD,

      Defendant.

_____/

ORDER DENYING ALLY FINANCIAL, INC.'S EMERGENCY MOTION FOR RECONSIDERATION OF AND RELIEF FROM THE COURT'S NOVEMBER 29, 2011 ORDER GRANTING DEFENDANT'S MOTION TO ACCELERATE HEARING

On December 7, 2011, the parties appeared by telephone concerning plaintiff's emergency motion for reconsideration of this court's November 29, 2011 order, and for the reasons stated on the record;

Plaintiff's emergency motion for reconsideration of and relief from the court's November 29, 2011 order granting defendant's motion to accelerate hearing [#19] is DENIED.

Defendant's motion for leave to file response to Ally's emergency motion for reconsideration of the court's November 29, 2011 order [#20] is MOOT.

SO ORDERED.

Dated: December 7, 2011

                                                S/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 7, 2011 by electronic mail.

S/Josephine Chaffee
Deputy Clerk